Morris J. Greene, Respondent, v. Daniel Loewinger, Appellant.—Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,000, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

Albertina Schachtler, Appellant, v. George Ehret Properties, Inc., Respondent, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

Samuel Spanierman, Individually and as Sole Surviving Substituted Trustee under the Will of Isaac Spanierman, Deceased, et al., Appellants, v. Crescent Plaza Corporation et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

Jessie L. Bradley et al., Appellants, v. Manuel Selengut et al., Respondents. — Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and deny the motion.

Henry H. Klein,, Appellant, v. Joseph H. Biben, Doing Business under the Name of The American Hebrew, Respondent, et al., Defendants.— Judgment and order reversed, with costs to the appellant, and the motion denied, with leave to the defendant-respondent to answer within ten days after service of the order with notice of entry on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Glennon and Cohn, JJ., dissent and vote to affirm. [185 Misc. 835.] [See *post*, p. 921.]

The People of the State of New York, Respondent, v. Mary Cunningham, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

### (April 15, 1946.)

In the Matter of Leo Stryker, an Attorney.— Motion for reinstatement granted. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.